WILLIAM A. BARWICK, Respondent, v. EDGAR W. YOUMANS, Appellant.

MOTION for leave to appeal to the Court of Appeals.

*E. H. Benn*, for appellant.

*J. Kearney*, for respondent.

*Per Curiam.* As the question which is decisive of this case will be presented to the Court of Appeals upon another appeal, to which this appellant is a party, we think that the present motion should be granted to prevent a possible injustice which may arise if the Court of Appeals should differ from this court in its conclusions.

Present: DALY, Ch. J., BISCHOFF and PRYOR, JJ.
Motion granted, without costs.